## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

SHELDON JACKSON, on behalf of himself
and all others similarly situated,

      Plaintiff,

v.

      Case No.: 22-cv-4308

CONVERGENT OUTSOURCING, INC.;
JOHN DOES 1-50 and ABC CORP. 1-50,

      Defendants.

_____/

## NOTICE OF REMOVAL

    PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Convergent Outsourcing, Inc. ("COI"), by its attorney, hereby removes this action from the Essex County Superior Court of New Jersey, to the United States District Court for the District of New Jersey. In support of this Notice of Removal, Defendant states as follows:

    1.    Plaintiff Sheldon Jackson originally commenced this action by filing a Complaint against Defendant in the Essex County Superior Court of New Jersey, where it is presently captioned as *Sheldon Jackson, on behalf of himself and all others similarly situated v. Convergent Outsourcing, Inc., John Does 1-50 and ABC Corp. 1-50,* Docket No.: ESX-L-000361-22. No further proceedings before the State court have occurred.

    2.    In the Complaint, plaintiff alleges a federal, statutory cause of action against Defendant. A true and correct copy of the State Court record is attached hereto as Ex. "A."

    3.    Plaintiff accuses Defendant of violating the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

    4.    Defendant received Plaintiff's Complaint on or about June 1, 2022.

5. This Court has jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. §§ 1331 and 1441 in that the claim is founded upon a claim or right arising under the laws of the United States.

6. This Notice of Removal is timely, having been filed within thirty (30) days of the date on which Defendant received Plaintiff's Complaint. See 28 U.S.C. § 1446.

7. Written notice of this Notice of Removal of this action is being immediately provided to Essex County Superior Court of New Jersey. *See* Ex. "B."

8. Written notice of this Notice of Removal of this action is being caused to be served on the Plaintiff.

WHEREFORE, Defendant Convergent Outsourcing, Inc. gives notice that this action is removed from the Essex County Superior Court of New Jersey, to the United States District Court for the District of New Jersey.

Dated:  June 28, 2022            Respectfully submitted

/s/ Aaron R. Easley
Aaron R. Easley, Esq.
SESSIONS, ISRAEL & SHARTLE, LLC
3 Cross Creek Drive
Flemington, NJ  08822-4938
Tel: (908) 237-1660
Fax: (877) 334-0661
Email: aeasley@sessions.legal
Attorney for Defendant,
Convergent Outsourcing, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on this 28th day of June, 2022, a copy of the foregoing was served electronically via CM/ECF and by placing a copy of the same via U.S. Mail postage prepaid upon all parties of record.

    Lawrence C. Hersh, Esq.
    17 Sylvan St., Suite 102B
    Rutherford, NJ  07070
    Attorneys for Plaintiff

                              By:   /s/ Aaron R. Easley
                                        Attorney for Defendant,
                                        Convergent Outsourcing, Inc.